Signed: January 03, 2006
**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| **In re:** | Case No.  03–30102 – PM |
| **Firstpay, Inc.** | Chapter  7 |
| **Debtor(s)** | |
| | |
| **Plaintiff(s)** | Adversary No.  05–01684 |
| **Michael G. Wolff** | |
| | |
| **vs.** | |
| | |
| **Defendant(s)** | |
| **Fauzaini Asikin** | |

## ORDER DISMISSING COMPLAINT
## FOR WANT OF PROSECUTION

Having held a hearing on September 15, 2005, upon the Complaint filed by Michael G. Wolff, and a Clerk's Default having been entered on September 29, 2005, and Plaintiff having failed to further prosecute this action, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Complaint in the above–captioned proceeding is dismissed for want of prosecution.

cc:  Plaintiff
     Attorney for Plaintiff – Jeffrey M. Orenstein
     Defendant
     Attorney for Defendant
     Trustee - Michael G. Wolff

**19.6 –** *tgeier*

**End of Order**