Entered: November 2nd, 2020
Signed: November 2nd, 2020
**SO ORDERED**



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **03–30102 – MMH**   Chapter: **7**

**Firstpay, Inc.**
Debtor

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

Upon consideration of the motion filed by Bryan Enterprises, Inc for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $ 7087.48 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the funds that are the subject of this order be disbursed after fourteen (14) calendar days from the date that this order is entered; and it is further

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

> Bryan Enterprises, Inc.
> 32 Pomegranate Ct.
> Sterling, VA 20164

cc:   Claimant – Bryan Enterprises, Inc.

**End of Order**

42x03 (rev. 07/10/2019) – aharris